UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CIVIL RIGHTS COMPLAINT FORM

**DUSTY RAY SPENCER**
       Plaintiff,

v. Julie Jones, Secretary FDOC, ET AL
Corizon, INC, ET AL /

CASE NUMBER: 3:17-CV-73-J-39PDB

| Defendant #1<br>Juile Jones Secretary | Defendant #8<br>Ebony Onika Harvey |
|---|---|
| Defendant #2<br>S. Soud Secretary's Rep.. | Defendant #9<br>W. Downs |
| Defendant #3<br>Diane Andrews, Warden(ret.) | Defendant #10<br>Ruth Dewoody |
| Defendant #4<br>Corizon Inc. | Defendant #11<br>L. Melendez |
| Defendant #5<br>Woodrow A. Myers, C.E.O. | Defendant #12 |
| Defendant #6<br>J. Hewett | Defendant #13 |
| Defendant #7<br>T. Macey | Defendant #14 |

**I. MY PLACE OF PRESENT CONFINEMENT:**

Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

FILED 2017 JAN 20 PM 1:02

1

**II.     This complain concerns events in a state prison facility within the Florida Department of Corrections**

**EXHAUSTION OF ADMINSTRATIVE REMEDIES:**

A.   <u>Did you file an Emergency Grievance?</u>   Yes ( )  No ( x ).

   1.   Did you submit this grievance to the [ ] Warden or [ ] Secretary?. Yes ( )   No ( ). (check the ones appropriate).

   2.   If yes, did you attach a copy to this grievance? Yes ( )   No ( ).

   3.   Were you denied emergency status? Yes ( )   No ( ).

      a.   If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( )   No ( ).

      b.   If yes, did you attach a copy to this grievance? Yes ( ) No ( ).

B.   <u>Informal Grievance</u> (Request for Interview)

   1. Did you submit an informal grievance (Form DC6-236)? Yes ( x )  No ( ).

   2.   If yes, did you attach a copy of this grievance to this complaint? Yes ( x )  No ( ).

C.   <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

   1.   Did you have a disciplinary hearing concerning this matter? Yes ( )  No ( x ).

   2.   If yes, did you attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint? Yes ( )   No ( ).

   3.   Did you submit a formal grievance and response to this complaint (Form   DC1-303)? Yes ( x )  No ( ).

   4.   If yes, did you attach a copy of this grievance to this complaint? Yes ( x )   No ( ).

D.   <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

   1.   Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( x )   No ( ).

   2.   If yes, did you attach a copy of this grievance to this complaint? Yes  ( x)   No ( ).

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this ___19___ day of __Dec.__, 20_16_.

/s/ _Dusty Ray Spencer_
DUSTY Ray Spencer

**Plaintiff pro se**

III.  **THIS COMPLAINT DID NOT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY.**

IV.  **PREVIOUS LAWSUITS**

A.  Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No ( x )

B.  Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?  Yes ( )  No ( x )

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

  1.  Parties to previous lawsuits:

      Plaintiff(s)_____

      _____

      Defendant(s)_____

      _____

  2.  Court (if federal court, name the district, if state court, name the county):

      _____

  3.  Docket Number:_____
  4.  Name of judge:_____
  5.  Briefly describe the facts and basis of the lawsuit:_____

6. Disposition (Was the case dismissed? Was it appealed? Is it still Pending?): _____

7. Approximate filing date_____
8. Approximate disposition date:_____\

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and disposition of each case:

_____
_____
_____
_____

V. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the complaint (if any) in part B of this section:

A. Name of Plaintiff: __Dusty Ray Spencer__
   Mailing address: __Union Correctional Institution__
   __P. O. Box 1000__
   __Raiford, Fla. 32083__

B. Additional Plaintiffs:_____
_____
_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, iposition, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: __Julie Jones__
   Mailing address: __501 South Calhoun Street__
   __Tallahassee, Fla. 32399-2500__

4

|   |   |   |
|---|---|---|
|   | Position: | Secretary |
|   |   | Employed at: Florida Department of Corrections |
| D | Defendant: | S. Soud |
|   | Mailing address: | 501 South Calhoun Street |
|   |   | Tallahassee, Fla. 32399-2500 |
|   | Position: | Secretary's Representive |
|   | Employed at: | Florida Department of Corrections |
| E. | Defendant: | Diane Andrews |
|   | Mailing address: | P.O. Box 1000 |
|   |   | Raiford, Fl. 32083 |
|   | Position: | Warden (ret.) |
|   | Employed at: | Florida Department of Corrections |
| F. | Defendant: | Corizon Inc. |
|   | Mailing address: | 105 West Park Dr. ,Suite 200 |
|   |   | Brentwood, TN.    37027 |
|   | Position: | Inmate Health Care Provider |
|   | Employed at: | Subcontracter for Florida Department of Corrections |
| G. | Defendant: | Woodrow A. Myers |
|   | Mailing address: | 105 West Park Dr. ,Suite 200 |
|   |   | Brentwood,TN. 37027 |
|   | Position: | C.E.O. |
|   |   | Employed at: Corizon Inc. |
| H. | Defendant: | T. Macey |
|   | Mailing address: | 501 South Calhoun Street |
|   |   | Tallahassee,Fla. 32399-2500 |
|   | Position: |   |
|   | Employed at: | Florida Department of Corrections. |

I.  Defendant: J. Hewett
    Mailing address: 501 South Calhoun Street
    Tallahassee, Fla. 32399-2500
    Position: Sr., H.S.A.
    Employed at: Florida Department of Corrections

J.  Defendant: Ebony Onika Harvey
    Mailing address: 501 South Calhoun Street
    Tallahassee, Fla. 32399-2500

    Position: I I S C
    Employed at: Florida Department of Corrections

K.  Defendant: W. Downs
    Mailing address: 501 South Calhoun Street
    Tallahassee, Fla. 32399-2500

    Position: LPN
    Employed at: Florida Department of Corrections

L.  Defendant: Ruth Dewoody
    Mailing address: 501 South Calhoun Street
    Tallahassee, Fla. 32399-2500

    Position: RN DON

    Employed at: Florida Department of Corrections

M.  Defendant: L. Melendez
    Mailing address: 501 South Calhoun Street
    Tallahassee, Fla. 32399-2500


    Position: M.D.
    Employed at: Florida Department of Corrections

6


VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

   (1) Plaintiff suffers an 8th Amendment violation of his right to be free from crule and unusual punishment, and deliberate indifference to a serious medical need.

   (2) Plainiff suffers a 6th amendment violationof the right to due process.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes**. State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

   Plaintiff came into the custody of the Florida Department of Corrections in 1992. In 2007 Plaintiff was notified that he had Hepatitis C, immediately requested treatment and was denied.

   Plaintiff now has an advanced stage of hepatitis C and is in stage 4 Cirrhosis, a condition which was caused by the untreated Hepatitis C Virus. If the Hepatitis virus continues to go untreated, it will lead to cancer of the liver, liver failure, then death.

7

Liver disease and especially end stage liver failure is a prolonged, often gruesome, death. Unless plaintiff receives immediate treatment, Plaintiff will die a premature death due to liver failure or liver cancer. If he is treated, he has a normal life expectancy.

All named Defendants have refused to approve Plaintiff's need for the appropriate medication for the treatment of Hepatitis C for non-medical reasons just to save money.

Plaintiff remains housed at Union Correctional Institution.

At all times complained herein, Plainiff was under the direct care, custody, and control of defendant Jones, Soud, and Andrews who had full knowledge of plaintiffs history of Hepatitis C and his need to start treatment.

From Sept. 2013 until May 2016, Defendant's Corizon, Inc. and Myers were the subcontractors providing sole medicial care to plaintiff and had full knowledge of plaintiff's history of Hepatitis C, and his need for treatment.

At all times complained herein, and with full knowledge of Plaintiff's history of Hepatitis C, defendants Hewett, Macey, Harvey, Downs, Dewoody, and Melendez followed Defendants Corizon, Inc., And Myers corporate policy as to how and when to dispense medical care, or not dispense medical care.

At all times complained herein, all named Defendant's participated in a deliberate Indifference to Plaintiff's serious medical need, Hepatitis C.

At all times complained herein, all named Defendants participated in plaintiff's lack of due process.

1) In 2007, Plaintiff was diagnosed with the genus type 1 a/b of Hepititis C (hep. C )

2) Plaintiff's first documented request for Hep. C treatment was May 31st, 2010.

3) Plaintiff again requested treatment on Nov. 8, 2012; May 19, 2014; Nov. 5, 2014; Feb. 4, 2015; Mar. 2, 2015; Mar. 27, 2015; and May 13, 2015.

4) In October.2013, Plaintiff was diagnosed with stage 4 cirrhosis of the liver.

5) Stage 4 cirrhosis of the liver, is medically defined as "end stage", with imminent death due to liver failure.

6) At end stage cirrhosis of the liver, there is no available remedy other than a total liver transplant.

7) Despite Defendant's due diligence to obtain Hep. C treatment, each and every attempt was denied.

    8) The only response Plaintiff received was " you're on the waiting list for Hep. C treatment".

    9) This, " your on the list" response was sufficient until Plaintiff was diagnosed as stage 4 , as there is no stage 4 cirrhosis treatments available, only transplants.

    10) Plaintiff's medical record does reflect that Plaintiff has not been placed on a liver transplant list.

    11) Plaintiff's medical record clearly reflects that Plaintiff's medical condition went from a diagnosis of Hep. C to stage 4 cirrhosis of the liver with no medical treatment or documentation in between.

    12) Plaintiff's medical record clearly reflects Doctor's recommendation that Plaintiff should be placed on a pre- dialysis diet, and receive Hep C treatment, neither of which were given to Plaintiff.

    13) Plaintiff's medical record clearly reflects Doctors statement that a liver transplant may be needed.

VII.  **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

    1) Plaintiff seeks immediate treatment for his Hep C.

    2) Plaintiff's seeks placement on a liver transplant waiting list.

    3) Plaintiff seeks compensatory damages award for each named defendant in the following amounts:

| Defendant | Amount |
|---|---|
| Julie Jones | $ 250,000 |
| S. Soud | $ |
| Diane Andrews | $ |
| Corizon Inc. | $ 250,000 |
| Woodrow A. Myers | $ |
| J. Hewett | $ |
| T. Macey | $ |
| Ebony Onika Harvey | $ |
| W. Downs | $ |
| Ruth Dewoody | $ |
| L. Melendez | $ |

    4) Plaintiff seeks Punitive damages award for each named defendant in the following amounts:

| | |
|---|---|
| Julie Jones | $ ≥50,000 |
| S.Soud | $ |
| Diane Andrews | $ |
| Corizon Inc. | $ ≥50,000 |
| Woodrow A. Myers | $ |
| J. Hewett | $ |
| T.Macey | $ |
| Ebony Onika Harvey | $ |
| W. Downs | $ |
| Ruth Dewoody | $ |
| L.Melendez | $ |

5) Plaintiff seeks trial by jury on all issues.

6) Plaintiff seeks all cost's and attorney's fee's deemed reasonable by this court.

(7) Plaintiff seeks temporary, preliminary, and permanent injunctive relief requiring all named defendants, their successors in office, their servants, agents and employees, and those acting in concert with them, to immediately schedule the recommended consultant review by Gastroenterologist and the medication regimen for Hepatitis C for Plaintiff

/s/ Dusty Ray Spencer
Dusty Ray Spencer #321031
Union Correctional Institution
P.O. Box 1000
Raiford, Florida 32083

Plaintiff pro se

10