**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**DUSTY RAY SPENCER,**

    Plaintiff,

v.   Case No.   3:17-cv-73-J-39PDB

**JULIE JONES, et al.,**

    Defendants.

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a Track <u>One</u> Case. **Filing party (who instituted suit in this Court) is responsible for serving a copy of this notice upon all other parties.** However, <u>all</u> parties shall meet the requirements established in Local Rule 3.05 for cases designated on this track. All parties must send courtesy copies to chambers of all filings that exceed 25 pages, inclusive of exhibits, regardless of whether the filing is done electronically or in paper.

**SHERYL L. LOESCH, CLERK**

By:   s/   AP
      Deputy Clerk

Date: February 9, 2017

*Distribution:*   *- Copy to filing party:   -- habeas petitioner, bankruptcy appellant(s),*
                            *or removing defendant(s)*

[Track 1 pet/habeas updated 7/17/2013]