

**FLORIDA DEPARTMENT of CORRECTIONS**

Governor
**RICK SCOTT**

Secretary
**JULIE L. JONES**

501 South Calhoun Street, Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

Joe Hamrick
The Sichta Firm
301 W. Bay St.
Suite 1424
Jacksonville, FL 32202

RE: Inmate Spencer, Dusty          DC# 321031

Dear Sir or Madam:

You have requested copies from the Medical Records of the inmate listed above. The following charges are associated with your request:

Copying Charges – Medical

1228 copies @ 0.15 each          $184.20

Postage (Federal Express or US Mail)     $11.20

Copying Charges ($12.00/hour)            $24.00

Total Amount Due                         $219.40

Please remit (check or money order) payment to:
Department of Corrections
Finance and Accounting
4070 Esplande Way
Tallahassee, FL 32311

When payment is received the requested copies will be forwarded.

Sincerely,

Kevin D. Jordan, Warden

*Johnson*

Stephanie Johnson
Medical Records Supervisor
Union CI

★ INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME ★