**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**CASE No. 3:17-CV-00073-BJD-PDB**

DUSTY RAY SPENCER,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, CORIZON HEALTH,
CENTURION MANAGED CARE, L.
MELENDEZ, M.D., G. SHAH, M.D.,
SHUBERT, M.D., and HADDAD, M.D.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    Gregg A. Toomey and The Toomey Law Firm, LLC file this Notice of Appearance on behalf of Defendants Corizon Health, Inc., L. Melendez, MD and G. Shah, MD.

        By:   /s/ Gregg A. Toomey
             Gregg A. Toomey
             Florida Bar No. 159689

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 27th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail and/or electronically to the following:

Joseph Hamrick, Esq.
*Attorneys for Plaintiff*
301 W. Bay Street, Suite 14117
Jacksonville, FL  32202
Phone: 904-310-7494
Email: Joseph.s.hamrick@gmail.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Melendez and Shah*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:    /s/ Gregg A. Toomey
        Gregg A. Toomey
        Florida Bar No. 159689