# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Dusty Ray Spencer |
| COURT CASE NUMBER | 3:17-CV-73-J-39PDB |
| DEFENDANT | Florida Department of Corrections, et al |
| TYPE OF PROCESS | Summons |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Centurion Managed Care, c/o C.T. Corporation

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
1200 S. Pine Island Rd, Plantation, FL 33324

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph Hamrick
301 W. Bay St Ste 14117
Jacksonville, FL 32202

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Joseph S. Hamrick
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 904-310-7494
DATE: 12/1/17

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: B18
District to Serve No.: A04
Signature of Authorized USMS Deputy or Clerk
Date: 12/27/17

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
DONNA MOCH, SR. OPS COMP. MANAGER.

Address (complete only if different than shown above):

Date of Service: 1-2-18
Time: 1050 am

Signature of U.S. Marshal or Deputy: STONEFIELD #3280

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65 — | 11.80 | -0- | 84.80 | | | |

REMARKS: 12/27/17 FWD to S/FL - Ft. Lauderdale

FILED 2018 JAN -4 PM 12:26 CLERK, U.S. DISTRICT COURT JACKSONVILLE DISTRICT

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)