UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE No. 3:17-CV-00073-BJD-PDB

DUSTY RAY SPENCER,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON HEALTH, CENTURION MANAGED CARE, L. MELENDEZ, M.D., G. SHAH, M.D., SHUBERT, M.D., and HADDAD, M.D.,

    Defendants.
_____/

## DEFENDANTS CORIZON HEALTH, INC'S NOTICE REGARDING SERVICE ON DEFENDANTS SCHUBERT AND HADDAD

Defendant Corizon Health, Inc. ("Corizon") files this Notice Regarding Service on Defendants Schubert and Haddad as follows:

On December 15, 2017, this Court ordered service on Defendants Shubert, M.D. ("Shubert") and Haddad, M.D. ("Haddad") [ECF #28]. On January 4, 2018, executed returns of service were filed. [ECF ##36, 38]. Service was apparently made on CT Corporation, which is Corizon's agent for service.

Schubert is a former Corizon employee, whose last known address is in California. Mail to that address was returned to the undersigned. Neither Corizon nor the undersigned have contact with Schubert. Corizon has no record of

employing Haddad.

Service on CT Corporation for these individuals was not effective. CT Corporation is Corizon's agent for service. CT Corporation is not the agent for service for these Defendants.

By:   /s/ Gregg A. Toomey<br>
Gregg A. Toomey<br>
Florida Bar No. 159689

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 24th day of January, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail and/or electronically to the following:

Joseph Hamrick, Esq.
*Attorneys for Plaintiff Spencer*
301 W. Bay Street, Suite 14117
Jacksonville, FL 32202
Phone: 904-310-7494
Email: Joseph.s.hamrick@gmail.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Melendez and Shah*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL 33901
Phone: 239.337.1630
Fax: 239-337.0307
Email: gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:  /s/ Gregg A. Toomey
   Gregg A. Toomey
   Florida Bar No. 159689