UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE No. 3:17-CV-00073-BJD-PDB

DUSTY RAY SPENCER,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, CORIZON HEALTH,
CENTURION MANAGED CARE, L.
MELENDEZ, M.D., G. SHAH, M.D.,
SHUBERT, M.D., and HADDAD, M.D.,

    Defendants.
_____/

## DEFENDANT CORIZON HEALTH, INC'S AMENDED NOTICE REGARDING SERVICE ON DEFENDANTS SHUBERT AND HADDAD

Defendant Corizon Health, Inc. ("Corizon") files this Amended Notice Regarding Service on Defendants Shubert and Haddad as follows:

On December 15, 2017, this Court ordered service on Defendants Shubert, M.D. ("Shubert") and Haddad, M.D. ("Haddad") [ECF #28]. On January 4, 2018, executed returns of service were filed. [ECF ##36, 38]. Service was apparently made on CT Corporation, which is Corizon's agent for service.

Shubert is a former Corizon employee, whose last known address is in California. Mail to that address was returned to the undersigned. Neither Corizon nor the undersigned have contact with Shubert. Corizon has no record of

employing Haddad.

The undersigned and Corizon recently contacted CT Corporation regarding the attempted service on Shubert and Haddad. CT Corporation sent correspondence to the Clerk and Spencer dated January 5, 2018, advising that it is not the registered agent for these individuals. These letters are attached as Composite Exhibit "A."

Service on CT Corporation for these individuals was not effective. CT Corporation is Corizon's agent for service. CT Corporation is not the agent for service for Shubert or Haddad. Therefore the returns of service are in error.

By:    /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail and/or electronically to the following:

Joseph Hamrick, Esq.
*Attorneys for Plaintiff Spencer*
301 W. Bay Street, Suite 14117
Jacksonville, FL 32202
Phone: 904-310-7494
Email: Joseph.s.hamrick@gmail.com

Damaris Reynolds
*Attorneys for Florida Department of Corrections*
Office of the Attorney General
PL-01 The Capitol
400 S. Monroe St.
Tallahassee, FL 32399
Phone: 850-414-3663
Fax: 850-488-4872
Email: Damaris.Reynolds@myfloridalegal.com

Ana Francolin Dolney
*Attorneys for Centurion of Florida, LLC*
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
121 S. Orange Ave., Suite 1500
Orlando, FL 32801
Phone: 407-730-3535
Fax: 407-730-3540
Email: afrncolin@cmlawfirm.com
flcourtfilings@cmlawfirm.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Melendez and Shah*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:      /s/ Gregg A. Toomey
         Gregg A. Toomey
         Florida Bar No. 159689