UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTY RAY SPENCER,

        Plaintiff,

v.                                              Case No. 3:17-cv-73-J-39PDB

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

_____

### ORDER

1. Non-Party Centurion of Florida, LLC's Special Appearance, Motion to Quash Service of Process (Motion to Quash) (Doc. 44) is **GRANTED**. Plaintiff has not filed an opposition to the Motion to Quash. Instead, he has requested to amend the complaint to correct the name of the medical provider from Centurian Managed Care to Centurion of Florida, LLC.

2. Plaintiff's Motion to Amend Complaint (Doc. 49) is **GRANTED**.

3. The **Clerk** shall file the Second Amended Complaint received on March 19, 2018. The **Clerk** shall change the names on the docket accordingly.

4. The Motions for Alias Summons for Defendants Shubert and Haddad (Docs. 50 & 51) are **GRANTED**. The **Clerk** shall issue the summons attached to the motions.

5. The Motions to Dismiss Plaintiff's Amended Complaint (Docs. 41 & 45) are **DENIED as moot.**

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of March, 2018.

_____
BRIAN J. DAVIS
United States District Judge

sa 3/27
c:
Counsel of Record