## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
## CASE No. 3:17-CV-00073-BJD-PDB

DUSTY RAY SPENCER,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, CORIZON HEALTH,
CENTURION OF FLORIDA, LLC, L.
MELENDEZ, M.D., G. SHAH, M.D.,
SHUBERT, M.D., and HADDAD, M.D.,

    Defendants.
    _____/

## NOTICE OF APPEARANCE

    Gregg A. Toomey and The Toomey Law Firm, LLC file this Notice of Appearance on behalf of Defendant Joseph L. Shubert, M.D.

                By:    /s/ Gregg A. Toomey
                         Gregg A. Toomey
                         Florida Bar No. 159689

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing via U.S. Mail and/or electronically to the following:

Joseph Hamrick, Esq.
*Attorneys for Plaintiff Spencer*
301 W. Bay Street, Suite 14117
Jacksonville, FL  32202
Phone: 904-310-7494
Email: Joseph.s.hamrick@gmail.com

Damaris Reynolds
*Attorneys for Florida Department of Corrections*
Office of the Attorney General
PL-01 The Capitol
400 S. Monroe St.
Tallahassee, FL 32399
Phone: 850-414-3663
Fax: 850-488-4872
Email: Damaris.Reynolds@myfloridalegal.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Melendez and Shah*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:   /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689