```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                 JACKSONVILLE DIVISION
```

DUSTY RAY SPENCER,

       Plaintiff,

v.                                  Case No. 3:17-cv-73-J-39PDB

FLORIDA DEPARTMENT OF
CORRECTIONS et al.,

       Defendants.

_____

**ORDER**

The Court directs the plaintiff to respond by **June 8, 2018,** to the defendants' motion to transfer venue and stay or for an extension of time to respond to the second amended complaint, Doc. 64.

**Ordered** in Jacksonville, Florida, on May 10, 2018.

                                        PATRICIA D. BARKSDALE
                                   *United States Magistrate Judge*

caw 5/9

c:   Counsel of Record