UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTY RAY SPENCER,

    Plaintiff,

vs.                          CASE NO.: 3:17-cv-00073-BJD-PDB

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## NOTICE OF APPEARANCE AS COUNSEL AND DESIGNATION OF E-MAIL ADDRESSES

R. Craig Mayfield, Esq. and Mary Ann Couch, Esq. of the law firm of Bradley Arant Boult Cummings LLP, give notice of their appearance as counsel for the Defendants, **Centurion of Florida, LLC** and **Christopher Haddad, M.D.** and request that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondences, notices, and the like be served upon:

| | |
|---|---|
| R. Craig Mayfield, Esq. | cmayfield@bradley.com (Primary) |
| Mary Ann Couch, Esq. | macouch@bradley.com (Primary) |
| Michelle Newman | mnewman@bradley.com (Secondary) |
| Anne Deuter | adeuter@bradley.com (Secondary) |
| Shannether D. Jenkins | sjenkins@bradley.com (Secondary) |

Dated: July 2, 2019

Respectfully Submitted,

*/s/ R. Craig Mayfield*
R. Craig Mayfield (FBN 0429643)
Primary Email: cmayfield@bradley.com
Secondary Email: mnewman@bradley.com
Secondary Email: adeuter@bradley.com
Mary Ann Couch (FBN 0098917)
Primary Email: macouch@bradley.com
Secondary Email: sjenkins@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, FL 33602
Telephone: (813) 559-5500 | Fax: (813) 229-5946

***Counsel for Defendants, Centurion of Florida, LLC and Christopher Haddad, M.D.***

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will electronically provide service to all counsel of record.

/s/ *R. Craig Mayfield*
R. Craig Mayfield