# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
# CASE No. 3:17-CV-00073-BJD-PDB

DUSTY RAY SPENCER,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS, CORIZON HEALTH, CENTURION of FLORIDA, LLC, L. MELENDEZ, M.D., and HADDAD, M.D.,

    Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the undersigned hereby notices his appearance as counsel on behalf of defendant Florida Department of Corrections, and requests that all pleadings, motions, and notices be served upon the undersigned at the address set forth below.

    Respectfully submitted,

    ASHLEY MOODY
    ATTORNEY GENERAL

    */s/ Christopher C. Torres*
    Christopher C. Torres
    Assistant Attorney General
    Florida Bar No.: 479209
    Office of the Attorney General
    PL-01, The Capitol
    Tallahassee, Florida 32399-1050
    (850) 414-3300
    christopher.torres@myfloridalegal.com
    joann.mrazek@myfloridalegal.com
    steven.holcomb@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of July 2019, the foregoing has been electronically filed through the Court's CM/ECF system to all counsel of record and served by U.S. Mail to Dusty Ray Spencer, Union Correctional Institution, 25636 FL-16, Raiford, FL 32083.

*/s/ Christopher C. Torres*
Christopher Torres