## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
## CASE No. 3:17-CV-00073-BJD-PDB

DUSTY RAY SPENCER,

      Plaintiff,

vs.

FLORIDA DEPARTMENT OF
CORRECTIONS, CORIZON HEALTH,
CENTURION of FLORIDA, LLC, L.
MELENDEZ, M.D., and HADDAD, M.D.,

      Defendants.

_____/

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

      PLEASE TAKE NOTICE that the undersigned hereby notices his appearance as counsel

on behalf of defendant Florida Department of Corrections, and requests that all pleadings, motions,

and notices be served upon the undersigned at the address set forth below.

                          Respectfully submitted,

                          ASHLEY MOODY
                          ATTORNEY GENERAL

                          */s/ Anthony Dean Johnson*
                          Anthony Dean Johnson
                          Assistant Attorney General
                          Florida Bar No.: 0012084
                          Office of the Attorney General
                          PL-01, The Capitol
                          Tallahassee, Florida 32399-1050
                          (850) 414-3300
                          Anthony.johnson@myfloridalegal.com
                          joann.mrazek@myfloridalegal.com
                          steven.holcomb@myfloridalegal.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 11th day of July 2019, the foregoing has been electronically filed through the Court's CM/ECF system to all counsel of record and served by U.S. Mail to Dusty Ray Spencer, Union Correctional Institution, 25636 FL-16, Raiford, FL 32083.


<u>*/s/ Anthony Dean Johnson*</u>
Anthony Dean Johnson