UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTY RAY SPENCER,

    Plaintiff,

v.                                Case No. 3:17-cv-73-J-39PDB

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____

**ORDER**

This cause is before the Court on Plaintiff's pro se motions to reopen the case (Doc. 74) and appoint him new counsel (Doc. 73); Joseph Hamrick's motion to withdraw as counsel for Plaintiff (Doc. 78); and Ana Dolney's motion to withdraw as counsel and for substitution of counsel for Centurion (Doc. 79).

Plaintiff initiated this case pro se by filing a Civil Rights Complaint (Doc. 1). The Court appointed counsel (Doc. 12), and Plaintiff is proceeding on a Second Amended Complaint (Doc. 53; SAC). Plaintiff asserts Defendants were deliberately indifferent to his need for treatment for his Hepatitis C. See SAC at 11, 15. Plaintiff seeks damages, fees and costs, and injunctive relief. Id. at 16.

On June 26, 2018, the Court stayed and administratively closed this case pending the resolution of Hoffer v. Jones, Case No. 4:17-CV-00214-MW-CAS (Related Lawsuit) (Doc. 70; Stay Order). The

Related Lawsuit is a class action lawsuit against the Secretary of the Florida Department of Corrections seeking treatment for inmates diagnosed with Hepatitis C. Plaintiff is a member of the certified class in the Related Lawsuit. See Stay Order at 4. The Court found a stay was appropriate because the outcome of the Related Lawsuit could moot Plaintiff's requests for injunctive relief and could impact the measure of any damages to which he may be entitled in this case. See id. at 4-5, 7-8. The Court directed the parties to "promptly notify the Court of the **final** resolution of the Related Lawsuit." Id. at 9 (emphasis added).

On April 18, 2019, the Northern District entered a permanent injunction in the Related Lawsuit. See Order (Doc. 465), Case No. 4:17-CV-00214-MW-CAS. The Clerk entered judgment and closed the case. The Defendant filed a notice of appeal on May 16, 2019 (Doc. 476).

Accordingly, it is now

**ORDERED**:

1. Plaintiff's motion to reopen the case (Doc. 74) is **DENIED as moot**. Plaintiff moves to reopen the case because the Related Lawsuit "was settled." The Related Lawsuit is currently on appeal. As such, it has not been finally resolved. The Court finds the reopening of this case is premature at this time.

2. Plaintiff's motion to appoint new counsel (Doc. 73) is **DENIED without prejudice** subject to reconsideration when the Court lifts the stay and reopens the case.

3. Attorney Hamrick's motion to withdraw (Doc. 78) is **GRANTED**. The **Clerk** is directed to update the docket accordingly. The Court appreciates pro bono counsel's service.

4. Attorney Dolney's motion to withdraw as counsel and for substitution of counsel (Doc. 79) is **GRANTED**. Defendant Centurion has consented to the substitution of counsel, and Centurion's new counsel has filed a notice of appearance (Doc. 71). The **Clerk** is directed to update the docket accordingly.

5. The Court directs counsel for Defendants to notify the Court of the final resolution of the Related Lawsuit.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of August, 2019.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Dusty Ray Spencer
Counsel of Record