UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTY RAY SPENCER,

           Plaintiff,

v.                                        Case No. 3:17-cv-73-J-39PDB

FLORIDA DEPARTMENT OF
CORRECTIONS et al.,

           Defendants.

_____

## ORDER

      Plaintiff initiated this case pro se by filing a Civil Rights Complaint (Doc. 1). The Court appointed counsel for Plaintiff (Doc. 12), who filed a Second Amended Complaint (Doc. 53; SAC) on Plaintiff's behalf. In the operative pleading, Plaintiff asserts Defendants were deliberately indifferent to his serious medical conditions: chronic HCV and stage four cirrhosis. See SAC at 10. Plaintiff seeks damages, fees and costs, and injunctive relief. Id. at 16.

      On June 26, 2018, the Court stayed and administratively closed this case pending the resolution of Hoffer v. Jones, Case No. 4:17-CV-00214-MW-CAS (Doc. 70; Stay Order). Hoffer is a class action lawsuit against the Secretary of the Florida Department of Corrections seeking treatment for state prisoners diagnosed with Hepatitis C. Plaintiff is a class member. In the order staying

the case, the Court directed the parties to "promptly notify the Court of the **final** resolution" of <u>Hoffer</u>. <u>See</u> Stay Order at 9 (emphasis added).

On October 30, 2020, the Court granted Plaintiff's attorney's motion to withdraw (Doc. 88). Accordingly, Plaintiff is again proceeding pro se. Plaintiff now moves the Court to lift the stay and reopen this case (Doc. 92) and to appoint counsel to represent him (Doc. 93). Defendants oppose the relief Plaintiff seeks (Docs. 95, 96).

Upon review of the docket in the <u>Hoffer</u> case, the Court finds it is still pending. <u>See</u> Case No. 4:17-CV-00214-MW-CAS. Given the <u>Hoffer</u> case is not finally resolved, the Court finds Plaintiff's request to reopen this case is premature.

However, once this case is in a posture to be reopened, Plaintiff will need the assistance of a trained practitioner. Thus, the Court will refer the case to the Jacksonville Division Civil Pro Bono Appointment Program so the designated deputy clerk of the Court may seek counsel to represent Plaintiff. Because it may take some time to find an attorney willing to accept this case pro bono, the Court will refer the case for appointment of counsel now.

Accordingly, it is now

**ORDERED**:

1.     Plaintiff's motion to reopen the case and lift the stay (Doc. 92) is **DENIED**.

2.      Plaintiff's motion for appointment of counsel (Doc. 93) is **GRANTED**.

3.      The Court **REFERS** the case to the Jacksonville Division Civil Pro Bono Appointment Program so the designated deputy clerk of the Court may seek counsel to represent Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of December 2020.

BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Dusty Ray Spencer
Counsel of Record