UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DUSTY RAY SPENCER,

    Plaintiff,

vs.                                                    CASE NO.: 3:17-cv-00073-BJD-PDB

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## NOTICE TO COURT

    Pursuant to the Court's Order (Doc. 70), Defendant Centurion of Florida, LLC notifies the Court that *Hoffer v. Inch*, Case No. 4:17-cv-214-MW-CAS, ECF Nos. 588–89 (N.D. Fla. Aug. 11–12, 2021), has been resolved in its entirety. *See* Exhibit A.

                                              Respectfully Submitted,

                                              */s/ Jacob Hanson*
                                              R. Craig Mayfield (FBN 0429643)
                                              Primary Email: cmayfield@bradley.com
                                              Jacob B. Hanson (FBN 91453)
                                              Primary Email: jhanson@bradley.com
                                              Secondary Email: tbush@bradley.com
                                              Secondary Email: tabennett@bradley.com
                                              BRADLEY ARANT BOULT CUMMINGS LLP
                                              100 North Tampa Street, Suite 2200
                                              Tampa, FL 33602
                                              Telephone: (813) 559-5500 | Fax: (813) 229-5946

                                              ***Counsel for Defendant, Centurion of Florida, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will electronically provide service to all counsel of record, and mailed a copy to:

**Dusty R. Spencer DC# 321031**
Union Correctional Institution
P.O. Box 1000
Raiford, FL 32083

/s/ Jacob Hanson
Jacob Hanson